UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER WILD,<br><br>    Plaintiff,<br><br>v.<br><br>NO BUGS TERMITE AND PEST CONTROL, INC.,<br><br>    Defendant. | Case No. 2:24-cv-02362-SB-MAR<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |

    Plaintiff filed his complaint against Defendant No Bugs Termite and Pest Control, Inc. on March 22, 2024. Dkt. No. 1. On March 28, 2024, Plaintiff appears to have effectuated service on Defendant. *See* Dkt. No. 10. Defendant failed to timely respond, and Plaintiff has not sought entry of default against Defendant. Plaintiff is ordered to show cause, in writing, no later than April 26, 2024, why his claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before April 26, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: April 19, 2024

                                                      Stanley Blumenfeld, Jr.
                                                  United States District Judge