CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
LAWRENCE J.H. LIU (SBN 312115)
lawrence@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant
NO BUGS TERMITE AND PEST CONTROL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDER WILD,<br><br>      Plaintiff,<br><br>vs.<br><br>NO BUGS TERMITE AND PEST CONTROL, INC.,<br><br>      Defendant. | Case No. 2:24-cv-02362<br><br>*Assigned to: Hon. Stanley Blumenfeld, Jr.*<br><br>*Referred to: Hon. Margo A. Rocconi*<br><br>**DEFENDANT NO BUGS TERMITE AND PEST CONTROL, INC.'S ANSWER TO COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:  March 22, 2024<br>Trial Date:  None Set |

Defendant NO BUGS TERMITE AND PEST CONTROL, INC. ("Defendant") hereby answers the Complaint of plaintiff ALEXANDER WILD ("Plaintiff") as follows:

## ANSWER

1. Answering Paragraph 1, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 1 further contains legal conclusions and argument as to which no response is required.

2. Answering Paragraph 2, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 2 further contains legal conclusions and argument as to which no response is required.

3. The allegations contained in paragraph 3 are legal conclusions to which no answer is required.

4. The allegations contained in paragraph 4 are legal conclusions to which no answer is required.

5. The allegations contained in paragraph 5 are legal conclusions to which no answer is required.

6. Answering Paragraph 6, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

7. Answering Paragraph 7, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

8. Answering Paragraph 8, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

9. Answering Paragraph 9, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

10. Answering Paragraph 10, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

11. Answering Paragraph 11, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

12. Answering Paragraph 12, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 12 further contains legal conclusions and argument as to which no response is required.

13. Answering Paragraph 13, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

14. Answering Paragraph 14, Defendant admits the allegations contained therein.

15. Answering Paragraph 15, Defendant admits that it markets and advertises its pest control services online through its website and social media, in addition to providing free educational articles and information about pests to the public. As to the remainder of the allegations contained in Paragraph 15, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

16. Answering Paragraph 16, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

17. Answering Paragraph 17, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

18. Answering Paragraph 18, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

19. Answering Paragraph 19, Defendant denies each and every allegation contained therein.

20. Answering Paragraph 20, Defendant denies each and every allegation contained therein.

21. Answering Paragraph 21, Defendant denies each and every allegation contained therein.

22. Answering Paragraph 22, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

23. Answering Paragraph 23, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

## FIRST CAUSE OF ACTION
### (Copyright Infringement)

24. Defendant re-alleges and incorporates by reference each and every answer contained in Paragraphs 1 through 23 as though fully set forth herein.

25. Answering Paragraph 25, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

26. Answering Paragraph 26, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

1  27. Answering Paragraph 27, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 27 further contains legal conclusions and argument as to which no response is required.

28. Answering Paragraph 28, Defendant denies each and every allegation contained therein.

29. Answering Paragraph 29, Defendant denies each and every allegation contained therein.

30. Answering Paragraph 30, Defendant denies each and every allegation contained therein.

31. Answering Paragraph 31, Defendant denies each and every allegation contained therein.

32. Answering Paragraph 32, Defendant denies each and every allegation contained therein.

33. Answering Paragraph 33, Defendant denies each and every allegation contained therein.

34. Answering Paragraph 34, Defendant denies each and every allegation contained therein.

35. Answering Paragraph 35, Defendant denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

36. Without admitting the truth of any allegation set forth in the Complaint, Defendant asserts the following affirmative defenses to the Complaint and each and every cause of action purportedly stated therein.

/ / /
/ / /
/ / /
/ / /

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

37. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent Plaintiff fails to state facts sufficient to constitute a cause of action upon which relief can be granted against Defendant.

**SECOND AFFIRMATIVE DEFENSE**

**(Fair Use – 17 U.S.C. § 107)**

38. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part by the doctrine of fair use, including but not limited to Defendant's alleged use of the works being educational and/or transformative.

**THIRD AFFIRMATIVE DEFENSE**

**(Abandonment)**

39. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent Plaintiff abandoned his copyrights, intended to surrender ownership rights in the work, and acted upon that intent.

**FOURTH AFFIRMATIVE DEFENSE**

**(Copyright Misuse)**

40. The Complaint, and each and every cause of action set forth therein, is barred to the extent Plaintiff misused his copyrights to secure an exclusive right or limited monopoly not granted by the Copyright Office.

**FIFTH AFFIRMATIVE DEFENSE**

**(Implied License)**

41. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent Plaintiff granted Defendant an implied license in Plaintiff's works.

**SIXTH AFFIRMATIVE DEFENSE**

**(Express License)**

42. The Complaint, and each and every cause of action set forth therein, is

barred in whole or in part to the extent Plaintiff granted Defendant an express license to copy, distribute, and/or use Plaintiff's works.

## SEVENTH AFFIRMATIVE DEFENSE
### (Estoppel)

43. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part by the doctrine of estoppel.

## EIGHTH AFFIRMATIVE DEFENSE
### (Lack of Compliance; Failure of Conditions Precedent)

44. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent Plaintiff failed to comply with his affirmative obligations under applicable law and/or any conditions precedent were not performed or completed.

## NINTH AFFIRMATIVE DEFENSE
### (Lack of Standing)

45. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent Plaintiff lacks standing to bring the claims alleged in the Complaint.

## TENTH AFFIRMATIVE DEFENSE
### (Waiver)

46. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part by the doctrine of waiver.

## ELEVENTH AFFIRMATIVE DEFENSE
### (No Injury or Damage)

47. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent that Plaintiff has suffered no injuries or damages warranting relief on the claims alleged in the Complaint.

/ / /

/ / /

## TWELFTH AFFIRMATIVE DEFENSE
### (Justification/Excuse)

48. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent that any of Defendant's alleged actions or omissions were justified and/or excused.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Laches)

49. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part by the equitable doctrine of laches.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (No Malicious Intent)

50. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part, or recovery is otherwise limited, to the extent that Defendant did not act with malicious intent.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Mootness)

51. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent they are rendered moot.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

52. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part by Plaintiff's unclean hands.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Ratification)

53. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent the alleged acts and omissions by Defendant described in the Complaint were ratified and/or authorized by Plaintiff.

/ / /

### EIGHTEENTH AFFIRMATIVE DEFENSE
### (Consent)

54. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent Plaintiff expressly or impliedly consented to the alleged acts and omissions by Defendant described in the Complaint.

### NINETEENTH AFFIRMATIVE DEFENSE
### (Ripeness)

55. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent they are not ripe.

### TWENTIETH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

56. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent any applicable statute of limitations has passed.

### TWENTY-FIRST AFFIRMATIVE DEFENSE
### (Failure to Register Copyrights)

57. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent Plaintiff failed to properly or timely register copyrights of the alleged works.

### TWENTY-SECOND AFFIRMATIVE DEFENSE
### (Lack of Knowledge)

58. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent that Defendant was not aware and had no reason to believe that its acts infringed on Plaintiff's copyrights.

/ / /
/ / /
/ / /
/ / /

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Lack of Notice)

59. The Complaint, and each and every cause of action set forth therein, is barred in whole or in part to the extent that Plaintiff failed to provide Defendant adequate notice that Defendant's acts infringed on Plaintiff's copyrights.

## RESERVATION OF RIGHTS

60. Defendant hereby gives notice that it intends to rely upon such other and further affirmative defenses as may become available during discovery and reserves the right to amend this response to assert any such defenses.

WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

a. That the Complaint be dismissed, with prejudice and in its entirety;

b. That judgment be entered in favor of Defendant and against Plaintiff;

c. That Plaintiff take nothing by reason of the Complaint;

d. That Defendant be awarded its costs incurred in defending this action, including attorney's fees under any applicable basis; and

e. That Defendant be granted such other and further relief as the Court may deem just and proper.

DATED: May 15, 2024         FROST LLP

By: _____
CHRISTOPHER FROST
LAWRENCE J.H. LIU
DAVID TIRATURYAN
Attorneys for Defendant
NO BUGS TERMITE AND PEST CONTROL, INC.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant hereby demands a trial by jury on all issues and causes of action triable by a jury.

DATED: May 15, 2024						FROST LLP

By: _____
CHRISTOPHER FROST
LAWRENCE J.H. LIU
DAVID TIRATURYAN
Attorneys for Defendant
NO BUGS TERMITE AND PEST CONTROL, INC.