LAWRENCE J.H. LIU (SBN 312115)
lawrence@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant
NO BUGS TERMITE AND PEST
CONTROL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDER WILD,<br><br>            Plaintiff,<br><br>    vs.<br><br>NO BUGS TERMITE AND PEST CONTROL, INC.,<br><br>            Defendant. | Case No. 2:24-cv-02362-SB-MAR<br><br>*Assigned to: Hon. Stanley Blumenfeld, Jr.*<br><br>*Referred to: Hon. Margo A. Rocconi*<br><br>**NOTICE OF DESIGNATION OF LAWRENCE J.H. LIU AS LEAD COUNSEL FOR DEFENDANT NO BUGS TERMITE AND PEST CONTROL, INC.**<br><br>Complaint Filed:    March 22, 2024<br>Trial Date:         None Set |

FROST

In accordance with this Court's Standing Order for Civil Cases and its May 16, 2024 Order (ECF No. 21), Defendant No Bugs Termite and Pest Control, Inc. hereby designates Lawrence J.H. Liu as lead counsel in this action.

DATED:  May 16, 2024                FROST LLP


                                    By:   /s/ Lawrence J.H. Liu
                                          LAWRENCE J.H. LIU
                                          Attorneys for Defendant
                                          NO BUGS TERMITE AND PEST
                                          CONTROL, INC.